ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/11/2015 3:25:37 PM
KEITH HOTTLE
CLERK

# 04-14-00899-CV

In the

# Fourth Court of Appeals

## SITTING AT SAN ANTONIO

**LETICIA ZEPEDA VASQUEZ, Individually and on Behalf of the Estate of Jose Abraham Vasquez, Jr.,**

Appellants,

v.

**LEGEND NATURAL GAS III, LP; LEGEND NATURAL GAS, LLC; LEWIS ENERGY GROUP, LP; LEWIS PETRO PROPERTIES, INC.; ROSETTA RESOURCES OPERATING, LP; VIRTEX HOLDINGS, LLP; VIRTEX OPERATING CO., INC.; ENTERPRISE PRODUCTS HOLDINGS, LLC; ENTERPRISE PRODUCTS COMPANY; and XTO ENERGY, INC.,**

Appellees

**Appealed From the 81st District Court
La Salle County, Texas
Trial Court Cause No. 14-07-0019-CVL**

## APPELLANTS' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

### A. Introduction

1.      Appellants are Leticia Zepeda Vasquez, individually and on behalf of the Estate of Jose Abraham Vasquez; appellees are Legend Natural Gas III, LP; Legend Natural Gas, LLC; Lewis Energy Group, LP; Lewis Petro Properties, Inc.; Rosetta Resources Operating, LP; Virtex Holdings,

LLP; Virtex Operating Co., Inc.; Enterprise Products Holdings, LLC; Enterprise Products Company; and XTO Energy, Inc.

2.      This is an appeal from the trial court's **January 5, 2015**, final order granting all defendants' motions to dismiss pursuant to TEX. R. CIV. P. 91a.

## B. Argument and Authorities

3.      If a motion for extension complies with Rule 10.5(b), the Court has authority to extend the time for a party to file a brief.  TEX. R. APP. P. 38.6(d).  The motion can be filed "before or after the date the brief is due." *Id*.

4.      This motion complies with TEX. R. APP. P. 10.5(b).

5.      Appellants' reply brief was due on or before **June 10, 2015**.

6.      No prior motions have been granted to extend the time to file appellants' reply brief.

7.      Appellants request an additional **30 days** to file their reply brief, extending the deadline to **July 10, 2015**.

8.      To be entitled to an extension, appellants must state facts that reasonably explain the need for an extension.  TEX. R. APP. P. 10.5(b)(1)(C).  A "reasonable explanation" is "any plausible statement of circumstances" indicating the need for additional time.  *Cf*. ***Hone v. Hanafin***, 104 S.W.3d 884, 886 (Tex. 2003).  Appellants need additional

time to prepare and file their brief because appellants' counsel has been engaged as lead counsel in the following urgent, important, or unforeseeable matters that preempted completion of appellants' reply brief by the deadline set by the Court. Specifically—

(i)  On May 6-7, 2015, appellants' counsel prepared and argued post-verdict briefing on entry of judgment in Cause No. 2011-01266; *Rademacher v. Callegari Equine Technologies, LLC*; in the 11th District Court of Harris County, Texas;

(ii)  Between May 13, 2015, and May 18, 2015, appellants' counsel researched and drafted appellants' amended opening brief in Cause No. 01-14-01025-CV; *Lahijani v. Mega Shipping, LLP*; In the First Court of Appeals;

(iii)  Between May 15, 2015, and June 1, 2015, appellants' counsel researched and drafted appellant Sheryl Johnson-Todd's opening brief in the accelerated interlocutory appeal in Cause No. 09-15-00210-CV; *Johnson-Todd v. Morgan II*; In the Ninth Court of Appeals sitting at Beaumont, Texas.

(iv)  Between May 26, 2015, and June 10, 2015, appellants' counsel prepared materials and briefing necessary to retain associate counsel to file a petition for writ of certiorari in the U.S. Supreme Court seeking review of *In re Ritz*, 2015 U.S. App. Lexis 8584 (5th Cir. May 22, 2015); and

(v)  On June 9-10, 2015, appellants' counsel researched and drafted plaintiff's response in opposition to defendant's motion to transfer venue in *Greene v. Jaguar Fuels, LLC*; in the 270th District Court of Harris County, Texas; including preparing plaintiff's affidavit swearing to venue facts and accompanying exhibits.

For these reasons, appellants' counsel was unable to complete appellants' reply brief in the instant cause or file a motion for extension of time before the **June 10, 2015**, deadline.

## C. Prayer

9.     For these reasons, appellants ask the Court to extend the time for filing appellee's reply brief for 30 days from **June 10, 2015**, until **July 10, 2015**. Appellants pray the court for such other and further relief, at law or in equity, as to which they shall show themselves justly entitled.

Respectfully submitted,

# HANSZEN✦LAPORTE

By: _____/s/ Jeffrey L. Dorrell_____
Jeffrey L. Dorrell
State Bar No. 00787386
jdorrell@hanszenlaporte.com
11767 Katy Freeway, Suite 850
Houston, Texas 77079
Telephone: 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR APPELLANTS**

# CERTIFICATE OF CONFERENCE

I hereby certify that on **June 10, 2015**, pursuant to TEX. R. APP. P. 10.1(a)(5), I asked each appellee to advise only if it OPPOSED appellant's motion for an extension of 30 days to file appellant's reply brief. Appellees' counsel responded as indicated:

Counsel for appellee **ROSETTA RESOURCES OPERATING, LP:**

| | |
|---|---|
| _____ | Advised that appellee was OPPOSED |
| _____ | Advised that appellee was NOT opposed |
| __X__ | Did not respond |

Counsel for appellees **LEWIS ENERGY GROUP, LP,** and **LEWIS PETRO PROPERTIES, INC:**

| | |
|---|---|
| _____ | Advised that appellee was OPPOSED |
| _____ | Advised that appellee was NOT opposed |
| __X__ | Did not respond |

Counsel for appellees **VIRTEX OPERATING CO., INC.,** and **VIRTEX HOLDINGS, LLP:**

| | |
|---|---|
| _____ | Advised that appellee was OPPOSED |
| __X__ | Advised that appellee was NOT opposed |
| _____ | Did not respond |

Counsel for appellees **LEGEND NATURAL GAS III, LP,** and **LEGEND NATURAL GAS, LLC:**

| | |
|---|---|
| _____ | Advised that appellee was OPPOSED |
| _____ | Advised that appellee was NOT opposed |
| __X__ | Did not respond |

Counsel for appellees **ENTERPRISE PRODUCTS HOLDINGS, LLC,** and **ENTERPRISE PRODUCTS CO:**

| | |
|---|---|
| _____ | Advised that appellee was OPPOSED |
| __X__ | Advised that appellee was NOT OPPOSED to an extension of *up to* 30 days |
| _____ | Did not respond |

Counsel for appellee **XTO ENERGY, INC:**

| | |
|---|---|
| _____ | Advised that appellee was OPPOSED |
| _____ | Advised that appellee was NOT opposed |
| __X__ | Did not respond |


/s/ Jeffrey L. Dorrell
_____
**JEFFREY L. DORRELL**

# CERTIFICATE OF SERVICE

I hereby certify that on ____6-11____, 2015, a true and correct copy of the foregoing was sent by:

    ____    Hand delivery
    ____    Certified mail
    ____    Telephonic document transfer
    _X_    E-service in accordance with TEX. R. APP. P. 9.5(b)

in accordance with TEX. R. APP. P. 9.5(c) to the following counsel of record:

Mr. William A. Abernethy
Donnell, Abernethy & Kieschnick, P.C.
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401
Telephone: 361-888-5551
**FAX: 361-880-5618**
**COUNSEL FOR DEFENDANT ROSETTA RESOURCES OPERATING, LP.**

Mr. David L. Ortega
Naman Howell Smith & Lee, PLLC
1001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: 210-731-6300
**FAX: 210-785-2953**
**COUNSEL FOR DEFENDANTS LEWIS ENERGY GROUP, LP, and LEWIS PETRO PROPERTIES, INC.**

Mr. Christopher Lowrance
Royston, Rayzor, Vickery & Williams, L.L.P.
802 Carancahua, Suite 1300
Corpus Christi, Texas 78401
Telephone: 361-884-8808
**FAX: 361-884-7261**
**COUNSEL FOR DEFENDANTS VIRTEX OPERATING CO., INC., and VIRTEX HOLDINGS, LLP**

Mr. Isaac J. Huron
Davis, Cedillo & Mendoza, Inc.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78213
Telephone: 210-822-6666
**FAX: 210-822-1151**
**COUNSEL FOR DEFENDANTS LEGEND NATURAL GAS III, LP,
and LEGEND NATURAL GAS, LLC**

Mr. E. Michael Rodriguez
Atlas, Hall & Rodriguez, L.L.P.
P.O. Box 6369 (78523-6369)
50 W. Morrison Road, Suite A
Brownsville, Texas 78520
Telephone: 956-574-9333
**FAX: 956-574-9337**
**COUNSEL FOR DEFENDANTS ENTERPRISE PRODUCTS
HOLDINGS, LLC, and ENTERPRISE PRODUCTS CO.**

Mr. Jose E. Garcia
Garcia & Villareal
4311 N. McColl Road
McAllen, Texas 78504
Telephone: 956-630-0081
**FAX: 956-630-3631**
**COUNSEL FOR DEFENDANT XTO ENERGY, INC.**


_____/s/ Jeffrey L. Dorrell_____

**JEFFREY L. DORRELL**